685 A.2d 481

IN THE MATTER OF MERRI R. LANE, AN ATTORNEY AT LAW.

December 11, 1996.

### ·ORDER

The Disciplinary Review Board on August 28, 1996, having filed with the Court its decision concluding that **MERRI R. LANE** of **DELRAN,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate), and good cause appearing;

It is ORDERED that **MERRI R. LANE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.